# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 20-00354-01-CR-W-HFS |
| ANGELO D. JONES, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On December 15, 2020, the Grand Jury returned a two-count Indictment charging Defendant Angelo D. Jones with being a felon in possession of a firearm and ammunition (Count One).[1]

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Sean T. Foley and Jeffrey Quinn McCarther
         Case Agent: Det. Nick Horine, KCPD/Task Force
      Defense: Sarah Grace Hess
         Paralegal: Alex Gleason

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
      Government: 10 with stipulations; 12 without stipulations
      Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
      Government: approximately 70 exhibits
      Defendant: approximately 10 exhibits

**DEFENSES**:

---

[1] Co-Defendant Darnell E. Rhone pled guilty to Count Two of the Indictment, on August 23, 2022, and is awaiting sentencing.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3 ½ days total**
Government's case including jury selection: 3 day(s)
Defendant: 1/2 day(s)

**STIPULATIONS**: The parties anticipate stipulations as to prior convictions and interstate nexus. The parties are in discussion regarding other stipulations.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: None filed. **Due on or before January 31, 2023.**
Defendant: None filed. **Due on or before January 31, 2023**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before February 8, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before February 8, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for February 13, 2023.

**Please note:** The Government requests the first week as counsel has a conflict on the second week. Defense is available both weeks.

**IT IS SO ORDERED**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE